UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SMITH & WESSON MODEL M&P
SHIELD EZ .380 CAL PISTOL,
19 ROUNDS OF .380 CAL AMMO,
SCCY INDUSTRIES MODEL
CPX-1 9MM CAL PISTOL, AND
ASSORTED ROUNDS OF 9MM CAL AMMO,

    Defendant *in Rem*.

Case No. 23-cv-12446
Hon. Matthew F. Leitman

## DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem*. The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendant *in rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of the United States.

**IT IS FURTHER ORDERED** that the Defendant *in rem,* which consists of the following: Smith & Wesson Model M&P Shield EZ .380 cal Pistol, 19 Rounds of .380 cal ammo, SCCY Industries Model CPX-1 9mm cal Pistol, and Assorted rounds of 9mm cal Ammo, is **FORFEITED** to the United States under 18 U.S.C. § 924(d) and a Final Order of Forfeiture as to the Defendant *in rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendant *in rem*, is forever **EXTINGUISHED** and clear title to the Defendant *in rem* is **VESTED** in the United States.

The Bureau of Alcohol Tobacco and Firearms, or its designee, is **AUTHORIZED** to dispose of the Defendant *in rem* according to law.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 18, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126